JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 510 -- In re Toshiba America, Inc. Photostatic Copy Machine Contract Li

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/06/07 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, EXHIBIT, CERT. OF SVC. -- Pltfs. Donald E. Hart Enterprises, Inc., Satellite Duplicating/Copying Prod.,Inc., Whitewater Royce Co. and Whitewater Royce Co. of Tucson, Inc. (eaf) SUGGESTED TRANSFEREE DISTRICT: E.D. Cal. SUGGESTED TRANSFEREE JUDGE: (eaf) |
| 82/06/17 | | APPEARANCES -- Toshiba America, Inc. represented by John J. Witmeyer, III, Esq.; Daniel S. Weiss, Esq. for Donald E. Hart Enterprises, Inc., etc., Satellite Duplicating/Copying Prod., Inc., Whitewater Royce Co. and Whitewater Royce Co. of Tucson, Inc. (eaf) |
| 82/06/22 | 2 | RESPONSE, BRIEF, CERT. OF SVC. -- Toshiba America,Inc.(eaf) |
| 82/08/20 | | Hearing Order -- Setting motion to transfer A-1 thur A-4 for Panel Hearing in Oklahoma City, Oklahoma on September 23, 1982 (ds) |
| 82/09/20 | | HEARING APPEARANCES: DANIEL S. WEISS, ESQ. for Satellite Duplicating/Copying Products, Inc., et al.; JOHN J. WITMEYER, III, ESQ. for Toshiba America, Inc. (cds) |
| 82/10/07 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 510 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Toshiba America, Inc. Photostatic Copy Machine Contract Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/23/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/7/82 | MO | Denied | | | |

Special Transferee Information

DATE CLOSED: 10/7/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 510 -- In re Toshiba America, Inc. Photostatic Copy Machine Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Donald E. Hart Enterprises, Inc. dba Calif. Copy of Sacramento v. Toshiba America, Inc. | E.D.Cal. Wilkins | S-79-961 | | | | |
| A-2 | Satellite Duplicating/Copying Prod. Inc. v. Toshiba America, Inc., et al. | C.D.Cal. Hill | Civ-81-5923 | | | | |
| A-3 | Whitewater Royce Co. v. Toshiba America, Inc. | D.Ariz. Richey | Civ-81-574-Tuc-Mar | | | | |
| A-4 | Whitewater Royce Co. of Tucson, Inc. v. Toshiba America, Inc. | D.Ariz. Richey | Civ-81-546-Tuc-Mar | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 510 -- IN RE TOSHIBA AMERICA, INC. PHOTOSTATIC COPY MACHINE CONTRACT LITIGATION

---

TOSHIBA AMERICA, INC.
John J. Witmeyer, III, Esq.
Ford, Marrin, Esposito & Witmeyer
120 Wall Street
New York, New York  10005

DONALD E. HART ENTERPRISES, INC.
  d/b/a CALIF. COPY OF SACRAMENTO (A-1)
SATELLITE DUPLICATING/COPYING
  PRODUCTS, INC. (A-2)
WHITEWATER ROYCE CO. (A-3)
WHITEWATER ROYCE CO. OF TUCSON,
  INC. (A-4)

Daniel S. Weiss, Esq.
Memering & DeMers
Post Office Box 590
Sacramento, Calif.  95803