JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
OCT -7 1982
PATRICIA D. HOWARD
CLERK OF THE PANEL
10/7/82

DOCKET NO. 510

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TOSHIBA AMERICA, INC., PHOTOSTATIC COPY CONTRACT LITIGATION

ORDER DENYING TRANSFER

This litigation consists of four actions pending in three districts as follows: two actions in the District of Arizona, and one action each in the Central and Eastern Districts of California. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the plaintiffs in the four actions to centralize this litigation in the Eastern District of California. Toshiba America, Inc. (Toshiba), the sole remaining defendant in the four actions, opposes transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Each of the four actions involves claims by plaintiffs, who purport to be present or former Toshiba dealers, that Toshiba has breached contracts with respect to the sale of Toshiba copier machines to the plaintiffs. We note that each plaintiff is a separate entity and that there was no written master contract entered into by Toshiba with all of its dealers. Thus much of the factual inquiry in the actions now before the Panel will differ because of the separate contractual relationships involved in the respective actions. Moreover, whatever common factal questions that may be present are not, in our view, so complex or the accompanying discovery so time-consuming as to warrant transfer. See In re Royal Typewriter Co. (Royal Bond Copier) Breach of Warranty Litigation, 435 F. Supp. 925 (J.P.M.L. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

Docket No. 510 -- In re Toshiba America, Inc., Photostatic Copy Machine Contract Litigation

EASTERN DISTRICT OF CALIFORNIA

Donald E. Hart Enterprises, Inc. dba California Copy of Sacramento v. Toshiba America, Inc., C.A. No. S-79-961

CENTRAL DISTRICT OF CALIFORNIA

Satellite Duplicating/Copying Products, Inc. v. Toshiba America, Inc., et al., C.A. No. Civ-81-5923

DISTRICT OF ARIZONA

Whitewater Royce Co. v. Toshiba America, Inc., C.A. No. Civ-81-574-Tuc-Mar

Whitewater Royce Co. of Tucson, Inc. v. Toshiba America, Inc., C.A. No. Civ-81-546-Tuc-Mar